STATE OF CONNECTICUT *v.* GEORGE RIOS
(8167)

SPALLONE, LAVERY and CRETELLA, Js.

Argued April 30—decision released May 2, 1990

*Dennis F. O'Toole,* assistant public defender, for the appellant (defendant).

*Mary Lesser,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Warren Maxwell,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.